**Opinion issued October 28, 2025**



In The

# Court of Appeals

For The

# First District of Texas

—————————————

## NO. 01-25-00733-CR

—————————————

## IN RE KEVIN TERRELL TATUM, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator Kevin Terrell Tatum has filed a petition for writ of mandamus, seeking an order compelling the trial court to rule on his habeas corpus petition.[1]

We **deny** the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

## PER CURIAM

Panel consists of Chief Justice Adams and Justices Morgan and Dokupil.

Do not publish. TEX. R. APP. P. 47.2(b).

---

[1] The underlying case is *The State of Texas v. Kevin Terrell Tatum*, cause number 1042008, pending in the 179th District Court of Harris County, Texas, the Honorable Ana Martinez presiding.